*Certiorari Denied.*

No. 498. WOMSLEY ET AL. *v.* PENNSYLVANIA RAILROAD Co. ET AL. C. A. 3d Cir. Certiorari denied. *Earl F. Reed* for petitioners. *James G. Johnson, Jr., Charles J. Margiotti, Charles F. C. Arensberg* and *John G. Buchanan* for respondents.

No. 500. STATE OF WASHINGTON *v.* COLUMBIA STEEL Co. Supreme Court of Washington. Certiorari denied. *Smith Troy,* Attorney General of Washington, and *C. John Newlands,* Assistant Attorney General, for petitioner. *Robert H. Evans, William G. McLaren* and *Walter Shelton* for respondent.

No. 501. TAX COMMISSION OF THE STATE OF WASHINGTON ET AL. *v.* WEYERHAEUSER SALES Co. Supreme Court of Washington. Certiorari denied. *Smith Troy,* Attorney General of Washington, and *C. John Newlands,* Assistant Attorney General, for petitioners. *Chas. W. Briggs, J. Neil Morton* and *Thomas J. Hanify* for respondent.

No. 509. BUTEAU *v.* CONNECTICUT. Supreme Court of Errors of Connecticut. Certiorari denied. *Philip R. Pastore* for petitioner. *Abraham S. Ullman* and *Arthur T. Gorman* for respondent.

No. 516. WOOTON ET AL. *v.* UNITED STATES. Court of Claims. Certiorari denied. *Seymour Krieger* for petitioners. *Solicitor General Perlman, Assistant Attorney General Caudle* and *Ellis N. Slack* for the United States.

No. 526. ELEAZER *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *James F. Dreher* and *David W. Robin-*

*son* for petitioner. *Solicitor General Perlman, Assistant Attorney General Morison, Paul A. Sweeney* and *Morton Hollander* for the United States.

No. 529. PHILLIPS PETROLEUM Co. *v.* JONES, COLLECTOR OF INTERNAL REVENUE. C. A. 10th Cir. Certiorari denied. *Don Emery, Rayburn L. Foster, Harry D. Turner* and *Hilary D. Mahin* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack, Lee A. Jackson* and *Joseph W. Bishop, Jr.* for respondent.

No. 532. UNITED STATES GRAPHITE Co. *v.* SAWYER, SECRETARY OF COMMERCE. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *J. Marvin Haynes, N. Barr Miller* and *F. Eberhart Haynes* for petitioner. *Solicitor General Perlman, Assistant Attorney General Morison* and *Samuel D. Slade* for respondent.

No. 534. GLOVER *v.* COFFING, TRUSTEE, ET AL. C. A. 7th Cir. Certiorari denied. *Jay E. Darlington* for petitioner. *Alfred P. Draper* for respondents.

No. 219, Misc. WILLIAMS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 243, Misc. MCCORMACK *v.* HIATT, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 307, Misc. BRYAN *v.* GEORGIA. Supreme Court of Georgia. Certiorari denied.